MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor:  Donald and Jeremy Lynn Klosterman

Chapter 7 Case No.  09-45532

Please Check One:

xxx  Unclaimed Dividends

____  Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 19.75 |

DATED: May 26, 2011

_____
John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

09-387

Printed: 05/26/11 09:04 AM

Page: 1

# Stale Check Report

**Trustee:** John R. Stoebner (430050)
**Case:** 09-45532 - KLOSTERMAN, DONALD FRANCIS

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-02709181-66 | 113 | 05/26/11 | US BANKRUPTCY COURT REGISTRY FUNDS | | | | $19.75 |
| Cancelled Account No. | Cancelled Check No. | Claim No. Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-02709181-66  7 | 109 | 01/11/10 | 610 | TORGERSON WELL CO., INC.<br>6855 DOGWOOD STREET<br>ROCKFORD, MN 55373 | 249.60 | 249.60 | 19.75 | 19.75 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.